

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AP/RSB/ML
F. #2025R00022

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 23, 2025

<u>BY EMAIL AND ECF</u>

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Harold Mena
              <u>Criminal Docket No. 25-CR-139 (MKB)</u>

              United States v. Charles Powell, et al.
              <u>Criminal Docket No. 21-CR-572 (EK)</u>

Dear Chief Judge Brodie:

      Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case ("Mena") is presumptively related to <u>United States v. Powell, et al.</u> ("Powell").

      Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

      This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). This case is presumptively related to Powell. Specifically, the government has filed 7(b) notice because Mena intends to plead to an information charging him with violations of Title 18, United States Code, Sections 1512(k) (conspiracy to tamper with witnesses) and 922(g) (felon-in-possession). These charges stem from Mena's efforts to obstruct justice in Powell. As the case is thus presumptively related, the government respectfully submits that reassignment would be

appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

JOHN J. DURHAM
United States Attorney

By:    /s/ Andrés Palacio
        Andrés Palacio
        Raffaela S. Belizaire
        Megan Larkin
        Assistant United States Attorneys
        (718) 254-7000

cc:     Christopher Wright, Esq. (via electronic mail)